# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| HARRY BRAXTON | CIVIL ACTION NO. 17-cv-0956 |
| VERSUS | CHIEF JUDGE HICKS |
| RICK NOWLIN ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorneys' Fees and Costs (Doc. 33) is **GRANTED**. Harry Braxton is ordered to pay attorneys' fees in the amount of $23,000 to the Parish of Natchitoches and Rick Nowlin, with legal interest thereon from the date of entry of this order.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 3rd day of February, 2020.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE